UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WALTER TOMENY | CIVIL ACTION |
| VERSUS | NO.   10-3311 |
| ALINE GRAZIANO,<br>USAA CASUALTY INSURANCE COMPANY<br>AND GENERAL INSURANCE COMPANY OF AMERICA | SECTION "N"  (5) |

### ORDER AND REASONS

IT IS ORDERED that Plaintiff's Motion for Leave to File Second Amended and Supplemental Complaint (Rec. Doc. 47) is DENIED as the motion was filed too late to allow for proper discovery related to the claims sought to be added.

IT IS FURTHER ORDERED that Defendant General Insurance Company of America's Motion to Quash Trial Subpoenas (Rec. Doc. 44) is DENIED AS MOOT as the subpoenas objected to were directed to witnesses relating to the claim sought to be added in Plaintiff's Motion to Amend.

New Orleans, Louisiana, this 12th day of January 2012.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**